December 20, 1974.

No. 184. NAU and wife, Respondents, v. SMITH and wife, Appellants.

(Also reported in 224 N. W. 2d 215.)

The cause was submitted for the appellants on the brief of *Alvin H. Eisenberg,* attorney, and *Jerome F. Pogodzinski,* of counsel, both of Milwaukee; and for the respondents on the brief of *Love, Brown & Nettesheim* of Waukesha.

Judgment affirmed.